

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00548-CV

Thomas Michael **TOWNSEND**, Sr., TMT Management, LLC, and Townsend Mineral
Company, LP,
Appellants

v.

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

# O R D E R

The notice of appeal was filed in the trial court on August 6, 2018. The court reporter's record was thus due on September 5, 2018. On October 30, 2018, the court reporter filed a Notification of Late Record stating that she will be unable to file the reporter's record until December 1, 2018.

The notification of late record is NOTED. We ORDER the reporter's record to be filed no later than December 1, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court